LAW OFFICES OF
# MICHAEL K. CHONG LLC

2 EXECUTIVE DRIVE, STE. 720
FORT LEE, NEW JERSEY 07024
(201) 947-5200    FAX (201) 708-6676

WWW.MKCLAWGROUP.COM

**MICHAEL K. CHONG ‡**

‡ MEMBER, NJ BAR, U.S.D.C. NEW JERSEY
   SDNY, NEW YORK
   EDNY, NEW YORK
   U.S.C.A. 2ND CIRCUIT

**NEW YORK:**
1250 BROADWAY 36TH FL. STE. 300
NEW YORK, NEW YORK 10001
(212) 726-1104    FAX (212) 726-3104

*\* Please Reply to: FORT LEE*

**HOBOKEN:**
300 HUDSON STREET. STE. 10
HOBOKEN, NEW JERSEY 07030
(201) 203-7476    FAX (201) 708-6676

EMAIL: MKC@MKCLAWGROUP.COM

April 18, 2017

*Via ECF; Total Pages: 1*
Judge Edgardo Ramos, U.S.D.J.
U.S. District Court
40 Foley Square
New York, NY 10007

  Re: Guallpa v. M & G Tapas Rest. Corp. et al
     Docket No.: 1:16-cv-08950-ER

Dear Judge Ramos:

  This office represents Defendants in the above referenced matter. I am writing to request an adjournment of the Initial Conference scheduled for Friday April 21, 2017 at 10:30 a.m. to an alternate date that is most convenient for the court. I have a personal matter that I must attend to at that time. I have conferred with Plaintiff's counsel, but they do not consent to the adjournment request. This is the first request for an adjournment in this matter.

  Thank you for your kind courtesies in addressing this matter.

                Respectfully submitted,

                *Michael K. Chong*

                Michael K. Chong, Esq.

MKC/ vz
cc: Kara Sue Miller, Esq.