LAW OFFICES OF
# MICHAEL K. CHONG LLC

2 EXECUTIVE DRIVE, STE. 720
FORT LEE, NEW JERSEY 07024
**(201) 947-5200    FAX (201) 708-6676**

———————————

WWW. MKCLAWGROUP.COM

| | | |
|---|---|---|
| **MICHAEL K. CHONG ‡** | **NEW YORK:** | **HOBOKEN:** |
| ‡ MEMBER, NJ BAR, U.S.D.C. NEW JERSEY | 1250 BROADWAY 36TH FL. STE. 300 | 300 HUDSON STREET. STE. 10 |
| SDNY, NEW YORK | NEW YORK, NEW YORK 10001 | HOBOKEN, NEW JERSEY 07030 |
| EDNY, NEW YORK | (212) 726-1104    FAX (212) 726-3104 | (201) 203-7476    FAX (201) 708-6676 |
| U.S.C.A. 2ND CIRCUIT | | |
| | *\* Please Reply to: FORT LEE* | EMAIL: MKC@MKCLAWGROUP.COM |

April 20, 2017

*Via ECF; Total Pages: 1*
Judge Edgardo Ramos, U.S.D.J.
U.S. District Court
40 Foley Square
New York, NY 10007

      Re:    Guallpa v. M & G Tapas Rest. Corp. et al
                Docket No.: 1:16-cv-08950-ER

Dear Judge Ramos:

      This office represents Defendants in the above referenced matter. I am writing to request an adjournment of the Initial Conference currently scheduled for Tuesday April 25, 2017 at 11:30 a.m. to an alternate date that is most convenient for the court. I have a trial scheduled on the same date starting at 8:45 AM in New Jersey Bergen County Court, which cannot be rescheduled. I have conferred with Plaintiff's counsel and proposed following dates and time: 4/26/2017 at 10 a.m., 5/22/2017 at 2 p.m., and 5/25/2017 at 11 a.m.

      Plaintiff's counsel advises that she is only available on 4/26/2017 at 10 AM. This is the second request for an adjournment in this matter.

      Thank you for your kind courtesies in addressing this matter.

                                                Respectfully submitted,

                                                *Michael K. Chong*

                                                Michael K. Chong, Esq.

MKC/ vz
cc: Kara Sue Miller, Esq.