Law Offices of
# Michael K. Chong LLC

2 Executive Drive, Ste. 720
Fort Lee, New Jersey 07024
**(201) 947-5200    FAX (201) 708-6676**

_____

WWW. MKCLAWGROUP.COM

| Michael K. Chong ‡ | NEW YORK: | HOBOKEN: |
|---|---|---|
| ‡ MEMBER, NJ BAR, U.S.D.C. NEW JERSEY<br>SDNY, NEW YORK<br>EDNY, NEW YORK<br>U.S.C.A. 2ND CIRCUIT | 1250 BROADWAY 36TH FL. STE. 300<br>NEW YORK, NEW YORK 10001<br>(212) 726-1104    FAX (212) 726-3104 | 300 HUDSON STREET. STE. 10<br>HOBOKEN, NEW JERSEY 07030<br>(201) 203-7476    FAX (201) 708-6676 |
| | *Please Reply to: FORT LEE* | EMAIL: MKC@MKCLAWGROUP.COM |

June 5, 2017

<u>Via ECF; Total Pages: 1</u>
Honorable Ronald L. Ellis, U.S.M.J.
U.S. District Court
500 Pearl Street
New York, NY 10007

  Re: Guallpa v. M & G Tapas Rest. Corp. et al
     Docket No.: 1:16-cv-08950-ER

Dear Judge Ellis:

  This office represents Defendants in the above referenced matter. I am writing to request an adjournment of the Settlement Conference currently scheduled for Wednesday June 21, 2017 at 10:00 a.m. to an alternate date that is most convenient for the court. I have another settlement conference scheduled on the same date starting at 10:00 a.m., which cannot be rescheduled. I have conferred with Plaintiff's counsel but she does not consent to the adjournment. This is the first request for an adjournment in this matter.

  Thank you for your kind courtesies in addressing this matter.

                   Respectfully submitted,

                   *Michael K. Chong*

                   Michael K. Chong, Esq.

MKC/ vz
cc: Kara Sue Miller, Esq.