

                                                       40 Broad Street, 7th Floor
                                                       New York, New York 10004
                                                       Telephone: 212.943.9080
                                                       www.vandallp.com

                                                       **Leonor H. Coyle**

July 27, 2017                                                  lcoyle@vandallp.com

<u>**Via ECF**</u>
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


                              **Re: Guallpa v. M & G Tapas Rest. Corp. et al - 16-cv-08950**


Dear Judge Ramos:

       This firm represents the Plaintiff in the above-referenced wage and hour action. The parties are pleased to report that a settlement in principle has been reached.

       The parties are currently in the process of preparing settlement documents, and plan to submit settlement papers sufficient to secure judicial approval of this FLSA settlement within thirty days.

       Should Your Honor wish to address any of the foregoing, counsel for both parties would be amenable to a telephone conference.  Thank you.


                                                  Respectfully Submitted,

                                                  _____/s/_____
                                                  Leonor H. Coyle, Esq.


Cc: Michael K. Chong, Esq. (via ECF)